Entered: July 21st, 2025
Signed: July 20th, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 25-12406-MCR |
| TRUDY-ANN SIMONE FARNUM | |
| DBA TRUDY-ANN FARNUM-1099 JOB | Chapter 13 |
|     Debtor | |
| _____ | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE TRUMAN 2021 SC9 TITLE TRUST SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC, Movant, | |
| v. | |
| TRUDY-ANN SIMONE FARNUM, Debtor/Respondent, and | |
| REBECCA A. HERR, Trustee/Respondent. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon review of the Motion for Relief from the Automatic Stay (ECF No. 19) filed herein by U.S. Bank Trust National Association, not in its Individual capacity but solely as Trustee of the Truman 2021 SC9 Title Trust ("**Movant**"), and in the absence of any opposition thereto, it is

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362(a) is **TERMINATED**, pursuant to 11 U.S.C. § 362(d)(1), to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 2600 Beechmont Ln, Silver Spring, MD 20906-5366 (the "**Property**"), and to allow the purchaser or transferee to obtain possession of same; and is further,

**ORDERED**, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be re-imposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter

BWW#:MD-342220

of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Ste 240
Annapolis, MD 21401

David L Ruben
7310 Ritchie Highway, Suite 704
Glen Burnie, MD 21061

Trudy-Ann Simone Farnum dba Trudy-Ann Farnum-1099 Job
2600 Beechmont Lane
Silver Spring, MD 20906

**END OF ORDER**